B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Samsonite Company Stores, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>35-1656266 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>575 West Street, Suite 110<br>Mansfield, MA<br>ZIP CODE 02048 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Bristol | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>N/A<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☑ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Samsonite Company Stores, LLC |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |
|---|---|---|
| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: Lambertson Truex, LLC | Case Number: 09-10747 | Date Filed: 03/05/2009 |
|---|---|---|
| District: District of Delaware | Relationship: Affiliate | Judge: Hon. Peter J. Walsh |

| Exhibit A | Exhibit B (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X  N/A<br>Signature of Attorney for Debtor(s)    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Samsonite Company Stores, LLC |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. (If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney\*** X _/s/ Pauline K. Morgan_ (No. 3650) Signature of Attorney for Debtor(s) Pauline K. Morgan Printed Name of Attorney for Debtor(s) Young Conaway Stargatt & Taylor, LLP Firm Name 1000 West Street, 17th Floor Address Wilmington, Delaware 19801 (302) 571-6600 Telephone Number Date \*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _/s/ Donald E. Walden_ Signature of Authorized Individual Donald E. Walden Printed Name of Authorized Individual Assistant Treasurer Title of Authorized Individual _____ Date | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SAMSONITE COMPANY STORES, LLC, | ) |
| | ) Case No. 09-_____ (___) |
| | ) |
| Debtor. | ) |

## LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

On September 2, 2009, Samsonite Company Stores, LLC (the "Debtor") filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The following is a list of creditors (the "List of Creditors") holding the twenty (20) largest unsecured claims against the Debtor. The List of Creditors reflects estimated amounts owed by the Debtor as of August 31, 2009.

The Debtor takes no position at this time regarding whether any of the parties included in the List of Creditors are "insiders" of the Debtor, as that term is defined in section 101(31) of the Bankruptcy Code, and the inclusion or exclusion of any party to this List of Creditors shall not constitute an admission by, nor shall it be binding on, the Debtor in any respect. The Debtor expressly reserves the right to, in its sole discretion, challenge the validity, priority and/or amount of any obligation reflected herein.

| (1) Name of Creditor | (2) Name, telephone number, and fax number of employee, agent or department of creditor familiar with claim | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff[1] | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Athalon Sportgear, Inc. | 10 West 33rd St. Suite 1018<br>New York NY 10001<br>Fax No. 212-268-8089<br>Attn: Robert Goldner | Trade debt | | $272,049.02 |
| Heritage Travelware Ltd. | Lockbox 778062<br>Chicago, IL 60677-8000<br>Fax No. 630-614-7035<br>Attn: David Lipsitz | Trade debt | | $164,283.18 |

---

[1] As noted above, the Debtor reserves its rights to dispute the claims on this schedule on any basis.

| (1) Name of Creditor | (2) Name, telephone number, and fax number of employee, agent or department of creditor familiar with claim | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff[1] | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Briggs & Riley Travelware LLC | PO BOX 13724<br>Newark, NJ 07188-3724<br>Fax No. 866-329-2744<br>Attn: Rosalie McKelvey | Trade debt | | $98,716.06 |
| E & B Giftware LLC | 4 Executive Plaza<br>Yonkers, NY 10701<br>Fax No. 914-457-0812<br>Attn: Robin Bye | Trade debt | | $61,441.28 |
| Travelon | 700 Touhy Avenue<br>Elk Grove Village, IL 60007<br>Fax No. 847-621-7001<br>Attn: Laura Scaduto | Trade debt | | $56,161.33 |
| US Luggage | PO Box 13722<br>Newark, NJ 07188<br>Fax No. 631-434-7326<br>Attn: Suzette D'Ornellas | Trade debt | | $52,380.50 |
| CIT Group | PO Box 1036<br>Charlotte, NC 28201-1036<br>Fax No. 973-740-5001<br>Attn: Finance Division | Trade debt | | $37,881.11 |
| L.C. Industries LLC | PO Box 87618<br>Chicago, IL 60680-0618<br>Fax No. 312-455-0005<br>Attn: Joe Ann Henderson | Trade debt | | $33,770.97 |
| Kenlo International Corp. | 306 5th Avenue, 5th Floor<br>New York, NY 10001<br>Fax No. 212-695-0213<br>Attn: Judy Wu | Trade debt | | $24,951.68 |
| Tumi Inc. | P.O. Box 7777<br>Philadelphia, PA 19175-0612<br>Fax No. 888-329-8864<br>Attn: Sheila Parikh | Trade debt | | $23,456.00 |
| Eagle Creek Inc. | PO Box 797096<br>St. Louis, MO 63179-7000<br>Fax No. 760-599-4722<br>Attn: Nicole Martin | Trade debt | | $20,915.69 |
| Clemco Products Inc. | 1228 Tech Court<br>Westminster, MD 21157<br>Fax No. 410-857-4477<br>Attn: Barbara Beal | Trade debt | | $19,427.65 |
| First Service Networks Inc. | PO Box 51271<br>Los Angeles, CA 90051-5571<br>Fax No. 860-633-2095<br>Attn: Marnix Hoogewerff | Trade debt | | $16,259.85 |

| (1)<br>Name of Creditor | (2)<br>Name, telephone number, and fax number of employee, agent or department of creditor familiar with claim | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff[1] | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| TRG Accessories | PO Box 795011<br>Saint Louis, MO 63179<br>Fax No. 314-989-0389<br>Attn: Jeanneette Warner | Trade debt | | $10,476.13 |
| Tucker Publishing | PO Drawer 129<br>Waynesville, NC 28786-0129<br>Fax No. 828-452-0665<br>Attn: Jeff Schumacher | Trade debt | | $8,205.00 |
| ITW Space Bag | 36533 Treasury Center<br>Chicago, IL 60694-6500<br>Fax. No. 619-671-9036<br>Attn: Ursula Jones | Trade debt | | $5,762.31 |
| Brierbrook Technology Associates | 21 Brierbook Street<br>Milton, MA 02186<br>Attn: Frank Campbell | Trade debt | | $3,910.00 |
| Bulbs.Com | 243 Stafford Street<br>Worcester, MA 01603<br>Fax No. 508-363-2900<br>Attn: Legal Department | Trade debt | | $3,755.10 |
| ADP Inc | PO Box 0888<br>Carol Stream, IL 60132-0888<br>Fax No. 847-439-5181<br>Attn: Tom Stanczak or General Counsel | Trade debt | | $3,555.73 |
| Kw2 Exhibits Inc | 3495 West 140th Street<br>Cleveland, OH 44111<br>Fax No. 216-671-8843<br>Attn: General counsel | Trade debt | | $2,945.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| SAMSONITE COMPANY STORES, LLC, | ) | |
| | ) | Case No. 09-_____ (___) |
| | ) | |
| Debtor. | ) | |

## DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

I, Donald E. Walden, Assistant Treasurer of Samsonite Company Stores, LLC, named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding the 20 Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: September 2, 2009

_____
Name: Donald E. Walden
Title: Assistant Treasurer

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SAMSONITE COMPANY STORES, LLC, | ) |
| | ) Case No. 09-____ (___) |
| | ) |
| Debtor. | ) |

## STATEMENT PURSUANT TO RULES 1007(A)(1), 1007(A)(3) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned Debtor (the "Debtor") states as follows:

1. As of August 31, 2009, Samsonite Corporation, 575 West Street, Suite 110, Mansfield, MA 02048, owned 100% of the equity interests in the Debtor.

2. As of August 31, 2009, funds managed by CVC Capital Partners, 20 Avenue Monterey, Luxembourg, owned, directly or indirectly, 98% of the equity interests of Samsonite Corporation.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| SAMSONITE COMPANY STORES, LLC, ) | |
| ) | Case No. 09-____ (___) |
| ) | |
| Debtor. ) | |

## DECLARATION REGARDING STATEMENT PURSUANT TO RULES 1007(A)(1), 1007(A)(3) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Donald E. Walden, Assistant Treasurer of Samsonite Company Stores, LLC, named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing Statement Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: September 2, 2009

_____
Name: Donald E. Walden
Title: Assistant Treasurer

# SAMSONITE COMPANY STORES, LLC

## Written Consent of the Sole Member

The undersigned, being the sole member of Samsonite Company Stores, LLC, an Indiana limited liability company (the "Company"), hereby unanimously consents, pursuant to Section 6 of the Limited Liability Company Agreement of the Company, to the adoption of the resolutions set forth on Exhibit A hereto authorizing the actions specified therein.

Dated: as of September 2, 2009

SAMSONITE CORPORATION

By: /s/ Kyle Gendreau
Name: Kyle Gendreau
Title: Treasurer and Chief Financial Officer

# EXHIBIT A

## RESOLUTIONS OF THE SOLE MEMBER OF
## SAMSONITE COMPANY STORES, LLC

RESOLVED, that in the judgment of the sole member, it is desirable and in the best interests of the Company, its creditors and other interested parties that a voluntary petition (the "Petition") be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it further

RESOLVED, that the Company shall be, and it hereby is, authorized, directed and empowered (i) to file the Petition, and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and be it further

RESOLVED, that the officers of the Company (collectively, the "Designated Officers") be, and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and be it further

RESOLVED, that the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss") be, and hereby is, authorized, empowered and directed to represent the Company as its counsel in connection with any case commenced by the Company under the Bankruptcy Code and all related matters; and be it further

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP be, and hereby is, authorized, empowered and directed to represent the Company, as co-counsel with Paul Weiss, in connection with any case commenced by the Company under the Bankruptcy Code; and be it further

RESOLVED, that Epiq Bankruptcy Solutions, LLC be, and hereby is, authorized, empowered and directed to serve as the notice and claims agent in connection with any case commenced by the Company under the Bankruptcy Code; and be it further

RESOLVED, that Hilco Merchant Resources, LLC be, and hereby is, authorized, empowered and directed to serve as liquidation agent for the Company in connection with any case commenced by the Company under the Bankruptcy Code; and it is further

RESOLVED, that the Designated Officers be, and hereby are, authorized to cause the Company to employ other special counsel, financial advisors, investment bankers, accountants and other professionals as appropriate in connection with any case commenced by the Company under the Bankruptcy Code; and be it further

RESOLVED, that, in addition to the specific authorizations heretofore conferred, the Designated Officers be, and each of them acting alone hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and things, including the payment of all fees and expenses and other amounts payable by the Company with respect to the foregoing, and to execute and deliver all such other instruments, certificates, agreements and documents as they or any of them may consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it further

RESOLVED, that the Designated Officers be, and each of them acting alone hereby is, authorized, directed and empowered from time to time in the name and on behalf of the Company, to (i) take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officer may deem necessary, advisable or proper to carry out the intent and purpose of the foregoing resolutions, including the execution and delivery of any credit or security agreements, pledges, financing statements and the like, and (ii) perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form as the officer performing or executing the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Company; and be it further

RESOLVED, that all actions heretofore taken or performed by any officer, director, employee or agent of the Company in connection with the foregoing resolutions be, and they hereby are, confirmed, ratified and approved in all respects.