UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Samsonite Company Stores, LLC | : | Case No. 09-13102 (PJW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Simon Property Group,** Attn: Ronald Tucker, 225 W. Washington St., Indianapolis, IN 46204, Phone: 317-263-2346, Fax: 317-263-7901

2. **Heritage Travelware**, Attn: Sue Wallentin, 430 Kimberly Drive, Carol Stream, IL 60188, Phone: 630-614-7034, Fax: 630-614-7035

3. **Travelon, Inc.**, Attn: John Saltarski, 700 Touhy Ave., Elk Grove Village, IL 60007, Phone: 847-621-7051, Fax: 847-621-7001


ROBERTA A. DEANGELIS
United States Trustee, Region 3


  /s/ David M. Klauder for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: September 10, 2009

Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Pauline K. Morgan, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253