IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| SAMSONITE COMPANY STORES, LLC | ) | Case No. 09-13102 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that The Official Committee of Unsecured Creditors hereby enters its appearance in the above-captioned case by and through its proposed lead counsel, Cooley Godward Kronish LLP, and proposed Delaware counsel, Ashby & Geddes, P.A., and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

| | |
|---|---|
| Lawrence Gottlieb, Esq. | William P. Bowden, Esq. |
| Richelle Kalnit, Esq. | Leigh-Ann Raport, Esq. |
| Cooley Godward Kronish LLP | Ashby & Geddes, P.A. |
| The Grace Building | 500 Delaware Avenue, 8th Floor |
| 1114 Avenue of the Americas | P.O. Box 1150 |
| New York, New York 10036-7798 | Wilmington, DE 19899 |
| Telephone: (212) 479-6000 | Telephone: 302-654-1888 |
| Facsimile: (212) 479-6275 | Facsimile: 302-654-2067 |
| lgottlieb@cooley.com | wbowden@ashby-geddes.com |
| rkalnit@cooley.com | lraport@ashby-geddes.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which The Official Committee of Unsecured Creditors is or may be entitled.

Dated: September 10, 2009

ASHBY & GEDDES, P.A.

William P. Bowden, Esq. (#2553)
Leigh-Ann Raport, Esq. (#5055)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Proposed Delaware Counsel for the Official Committee of Unsecured Creditors*

-and-

Lawrence Gottlieb, Esq.
Richelle Kalnit, Esq.
Cooley Godward Kronish LLP
The Grace Building
1114 Avenue of the Americas
New York, New York 10036-7798
Telephone: (212) 479-6140
Facsimile: (212) 479-6275

*Proposed Lead Counsel for the Official Committee of Unsecured Creditors*