# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|--|--|
| **Debtor:** | Samsonite Company Stores, LLC |
| **Case Number:** | 09-13102-PJW      **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 03, 2009 11:00 AM    CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | PETER J. WALSH |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | NICKITA BARKSDALE |

## *Matter:*

Disclosure Statement/Confirmation/Cash Collateral

**R / M #:**   195 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - CNO filed and order signed
#2 & #3 - Order signed approving the Disclosure Statement and Confirming the First Amended Plan
#4 - Final Order signed