IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SAMSONITE COMPANY STORES, LLC, | ) Case No. 09-13102 (PJW) |
| | ) |
| Debtor.[1] | ) |

## NOTICE OF (I) ENTRY OF ORDER CONFIRMING THE FIRST AMENDED PLAN OF REORGANIZATION OF SAMSONITE COMPANY STORES, LLC, (II) OCCURRENCE OF THE EFFECTIVE DATE OF THE PLAN, AND (III) TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that on November 3, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the Findings of Fact, Conclusions of Law and Order (I) Approving the Disclosure Statement and (II) Confirming the First Amended Plan of Reorganization of Samsonite Company Stores, LLC (Docket No. 199) (the "Confirmation Order") with respect to the Debtor's First Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code, dated October 6, 2009 (Docket No. 151) (the "Plan")[2] proposed by the above-captioned debtor and debtor-in-possession.

The Confirmation Order and the Plan are on file with the Bankruptcy Court and may be viewed during regular Bankruptcy Court hours. In addition, you may view the Confirmation Order and the Plan on the Internet at www.deb.uscourts.gov or http://chapter11.epiqsystems.com/scs, at no charge, or by sending a request for copies in writing to Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, NY 10017, Attn: Samsonite Company Stores, LLC.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Confirmation Order and pursuant to the terms of the Plan, the Debtor hereby declares that (i) all conditions precedent to the Effective Date of the Plan have been satisfied or waived and (ii) the Effective Date occurred on November 4, 2009.

**PLEASE TAKE FURTHER NOTICE** that, immediately prior to the Effective Date, all executory contracts or unexpired leases of the Debtor will be deemed assumed in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code except those executory contracts and unexpired leases that (i) have been previously rejected by the Debtor by Final Order of the Bankruptcy Court; (ii) have been rejected by the Debtor by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (iii) are the subject of a motion to reject filed by the Debtor under section 365 of the Bankruptcy Code pending as of the Effective Date; (iv) are listed on the Schedule of rejected

---

[1] The last four digits of the Debtor's tax identification number are (6266) and its headquarters is located at 575 West Street, Suite 110, Mansfield, MA 02048.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

Executory Contracts and Unexpired Leases, attached to the Plan as Exhibit A; or (v) are otherwise rejected pursuant to the terms of the Plan. Entry of the Confirmation Order by the Bankruptcy Court constitutes approval of such assumptions and rejections pursuant to sections 365(a) and 1123 of the Bankruptcy Code. Each executory contract and unexpired lease assumed pursuant to Article IX of the Plan shall revest in and be fully enforceable in accordance with its terms by the Reorganized Debtor, except as modified by the provisions of the Plan, any order of the Bankruptcy Court authorizing and providing for its assumption or applicable federal law.

**PLEASE TAKE FURTHER NOTICE** that, if the rejection of an Executory Contract or Unexpired Lease pursuant to the Plan results in a Claim, then such Claim shall be forever barred and shall not be enforceable against the Debtor or Reorganized Debtor or their properties, unless a Proof of Claim is filed with the Debtor's claims agent and served in accordance with the terms and conditions of Article IX of the Plan within thirty (30) days after the later of (i) entry of the Confirmation Order, or (ii) the effective date of rejection of the Executory Contract or Unexpired Lease.

**PLEASE TAKE FURTHER NOTICE THAT THE PLAN AND CONFIRMATION ORDER CONTAIN PROVISIONS THAT MAY AFFECT YOUR RIGHTS. YOU ARE ENCOURAGED TO REVIEW THE PLAN AND CONFIRMATION ORDER IN THEIR ENTIRETY.**

Dated: Wilmington, Delaware
November 6, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ryan M. Bartley*
Pauline K. Morgan (No. 3650)
Margaret Whiteman Greecher (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Jeffrey D. Saferstein
Jacob A. Adlerstein
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel for the Reorganized Debtor*